UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 7 |
| Uanderson Benedetti and Luana C. Benedetti, | Case No. 14-23521 |
| Colonial Surety Company, | |
| Plaintiff, | Adversary Proceeding No. 15-8212 |
| -against- | **NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING** |
| Uanderson Benedetti and Luana C. Benedetti, | |
| Defendants. | |

    PLEASE TAKE NOTICE, that pursuant to Fed.R.Bankr.P 7041 and Fed.R.Civ.P. 41(a)(2), Plaintiff, Colonial Surety Company, hereby dismisses its adversary proceeding within this matter, without prejudice. No responsive pleadings have been served. This notice is being filed with proof of service on all parties to the action.

Dated: November 19, 2020        McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys for Plaintiff,
Colonial Surety Company

By:   */s/ Scott A. Levin*
    Scott A. Levin
    225 Liberty Street, 36th Floor
    New York, New York 10281
    (212) 483-9490

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 7 |
| Uanderson Benedetti and Luana C. Benedetti, | Case No. 14-23521 |
| Colonial Surety Company, | |
| Plaintiff, | Adversary Proceeding No. 15-8212 |
| -against- | **CERTIFICATION OF SERVICE** |
| Uanderson Benedetti and Luana C. Benedetti, | |
| Defendants. | |

    SCOTT A. LEVIN, an attorney duly admitted to practice in this Court, certifies under penalty of perjury that I mailed a copy of the within Notice of Dismissal to all parties to the action:

Uanderson Benedetti
Luana C. Benedetti
275 Broadfield Road
New Rochelle, New York 10804

Dated: November 19, 2020

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys for Plaintiff,
Colonial Surety Company

By:  */s/ Scott A. Levin*
    Scott A. Levin
    225 Liberty Street, 36th Floor
    New York, New York 10281
    (212) 483-9490

4360034-1